## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FRANK L. DEGROAT** | **CASE NO. 13-10872** |
| **MICHELLE S. DEGROAT** | |
| **DEBTORS** | **CHAPTER 13 CASE** |

### ORDER DIRECTING DEPOSIT INTO TREASURY

**CONSIDERING** the Motion by Trustee to Deposit Funds into the Treasury filed by Annette C. Crawford, Trustee;

**IT IS ORDERED** that funds in the total amount of $1574.76 be deposited into the Treasury of the United States in accordance with 28 U.S.C. §2041 by issuing a check made payable to the United States Bankruptcy Court, Middle District of Louisiana, and held for the above named debtors.

Baton Rouge, Louisiana, August 25, 2016.

s/ Douglas D. Dodd
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE